IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERESA ANN ESTRADA, | ) | 4:13CV3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before me on Defendant's unopposed Motion to Extend. (Filing 17.) In the Motion, Defendant asks me to extend the briefing schedule "so that Defendant can fully respond to the issues raised in Plaintiff's Brief." (*Id*.) I will grant the Motion and the briefing schedule will be extended as set forth below. Accordingly,

IT IS ORDERED that:

1. Defendant's Motion to Extend (filing 17) is granted.

2. Defendant shall file a brief by January 22, 2014;

3. Plaintiff may file a reply brief by February 24, 2014; and

4. This case shall be ripe for decision on February 25, 2014.

DATED this 20th day of December, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge