IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERESA ANN ESTRADA, | ) | 4:13CV3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before me on Defendant's unopposed Motion to Extend. (Filing 19.) In the Motion, Defendant asks me to extend the briefing schedule "so that the issues raised in Plaintiff's Brief can be responded to fully." (*Id*.)  I will grant the Motion and the briefing schedule will be extended as set forth below.  Accordingly,

IT IS ORDERED that:

1. Defendant's Motion to Extend (filing 19) is granted.

2. Defendant shall file a brief by February 21, 2014;

3. Plaintiff may file a reply brief by March 21, 2014; and

4. This case shall be ripe for decision on March 24, 2014.

DATED this 23rd day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge